UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

REGINA LEWIS,

                Plaintiff,

-against-

CHRYLSER; FIAT CHRYSLER AUTOMOBILES; DONGFENG MOTOR GROUP,

                Defendants.

**ORDER**

23-CV-02631 (PMH)

PHILIP M. HALPERN, United States District Judge:

    Due to scheduling conflicts and in light of plaintiff's *pro se* status, the initial pretrial conference scheduled for July 5, 2023 is hereby CANCELLED.

    The Court waives any initial pretrial conference requirement, and directs the parties to meet and confer and file via ECF, by **July 5, 2023**, the proposed Civil Case Discovery Plan and Scheduling Order that was annexed to the Notice of Initial Conference (Doc. 13).

    Counsel for defendants shall promptly give notice to plaintiff of this Order.

    The Clerk of Court is respectfully requested to mail a copy of this Order to plaintiff.

**SO ORDERED:**

Dated:  White Plains, New York
         June 14, 2023

                                        _____
                                        Philip M. Halpern
                                        United States District Judge