UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
REGINA LEWIS,

                        Plaintiff,

          -against-

CHRYSLER FCA US LLC and DONGFENG
MOTOR GROUP,

                       Defendants.
-------------------------------------------------------------X

**ORDER**

23 Civ. 2631 (PMH) (JCM)

Plaintiff wrote to the Court regarding concerns about duplicate discovery requests and her inability to comply with those requests. (Docket No. 33). Based on defense counsel's representations in her response, (*see* Docket No. 36), no duplicate discovery has been served. Rather, defense counsel: (1) followed up regarding Plaintiff's initial disclosures when they were not served by the deadline, and (2) served an initial set of written discovery requests. Further, while the Court was not provided with Defendant's interrogatories and requests for production, upon review of Defendant's September 1, 2023 deficiency letter sent to Plaintiff, (Docket No. 36 at 3-6), the requests appear to seek information relevant to the claims and defenses and proportional to the needs of the case. *See* Fed. R. Civ. P. 26. However, given that Plaintiff is proceeding *pro se*, Interrogatory Nos. 9, 10, 11, 12, 16 may be addressed more efficiently in the first instance at her deposition.

Accordingly, no later than October 6, 2023, Plaintiff must:

1. Supplement her responses to Interrogatories Nos. 1, 2, 3, 4, 6, 8, as well as her responses to Defendant's Requests for Production of Documents, as requested in Defendant's September 1, 2023 letter to Plaintiff, since they seek relevant, readily accessible and non-privileged information in Plaintiff's possession; and

2. Upload the video(s) of the scene or vehicle, or, alternatively, mail a thumb drive with the video(s) to defense counsel.

While the Court understands Plaintiff's concerns about sharing private medical information, defense counsel has represented that she will adhere to her confidentiality obligations pursuant to HIPAA regulations and other protections. (Docket No. 36 at 5). The Court further directs Defendant to ensure that the information Plaintiff provides remains confidential, can only be used in this litigation, and must be destroyed thirty (30) days after this litigation is complete. The parties may also submit a proposed protective order governing productions for this Court's approval.

Dated:   September 26, 2023
         White Plains, New York

SO ORDERED:

_____
JUDITH C. McCARTHY
United States Magistrate Judge