**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **REGINA LEWIS** | : | |
| **Plaintiff** | : | **Civil Action No: 7:23-CV-02631-PMH** |
| | : | |
| **v.** | : | |
| | : | |
| **FCA US LLC** | : | |
| **Defendant** | : | |

## ORDER

   **AND NOW,** this __8th__ day of ___December___, 2023, upon consideration of the Consent Motion for Court Approval of the Stipulated Protective Order, it is hereby **ORDERED** and **DECREED** that said Motion is **GRANTED** and that the Stipulated Protective Order is approved by the Court.

       **BY THE COURT**

       *Judith C. McCarthy*
       HONORABLE JUDITH C. McCARTHY
       UNITED STATES MAGISTRATE JUDGE