UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

REGINA LEWIS,

                Plaintiff,

-against-

CHRYLSER, et al.

                Defendants.

**ORDER**

23-CV-02631 (PMH)

PHILIP M. HALPERN, United States District Judge:

On December 7, 2023, the Court denied Plaintiff's motion to the extent she sought leave to move for summary judgment on the grounds that the request failed to comply with the Court's Individual Practices. (Doc. 48). On December 21, 2023, Plaintiff filed a motion for summary judgment that fails to comply with Federal Rule of Civil Procedure 56, the Local Civil Rules, and the Court's Individual Practices. (Doc. 54). The instant motion for summary judgment is denied without prejudice for failure to comply with the rules governing summary judgment motion practice.

In addition, the Court has received a number of *ex parte* e-mails from Plaintiff concerning a variety of issues. The most recent e-mail was sent on December 22, 2023 at 10:15 p.m., attaching documents and photographs. In light of these e-mails, the Court reminds Plaintiff of several points:

- E-mails to Chambers are not permitted unless a party has received prior authorization

- If Plaintiff wants the Court to consider any document, she must follow the procedure for *pro se* filings, available at https://nysd.uscourts.gov/prose

- The Court may and does disregard any and all unauthorized submissions

1

2

The Clerk of Court is respectfully requested to mail a copy of this Order to plaintiff.

**SO ORDERED:**

Dated: White Plains, New York
December 26, 2023

_____
Philip M. Halpern
United States District Judge