UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
REGINA LEWIS,

                      Plaintiff,                      23 **CIVIL** 2631 (PMH)

   -against-                               **JUDGMENT**

CHRYSLER, FCA US LLC, ET AL.,

                      Defendants.
------------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 9, 2024, Defendant FCA's motion for summary judgment is GRANTED. Plaintiff's Complaint is dismissed and the case is closed.

**Dated:** New York, New York
         September 09, 2024

                                                          **DANIEL ORTIZ**
                                                      **Acting Clerk of Court**

                      **BY:**
                                              **Deputy Clerk**