UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

REGINA LEWIS,

                Plaintiff,

-against-

CHRYLSER, et al.

                Defendants.

**ORDER**

23-CV-02631 (PMH)

PHILIP M. HALPERN, United States District Judge:

        The Court entered an Opinion and Order on September 9, 2024 granting Defendant's motion for summary judgment and dismissing the complaint. (Doc. 86). After Judgment was entered (Doc. 87), Plaintiff took an appeal (Doc. 88, Doc. 89). The mandate was returned on November 15, 2024, dismissing the appeal. (Doc. 90). Plaintiff's motion for summary judgment made on March 1, 2025 (Doc. 91) is therefore DENIED as procedurally improper.

        The Clerk of Court is respectfully requested to terminate the pending letter-motion (Doc. 91), and mail a copy of this Order to Plaintiff.

SO-ORDERED:

Dated: White Plains, New York
          March 5, 2025

_____
Philip M. Halpern
United States District Judge