UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| REGINA LEWIS,<br><br>                   Plaintiff,<br><br>    -against-<br><br>STATE FARM, et al.<br><br>                   Defendants. | **ORDER**<br><br>23-CV-08089 (PMH) |
| REGINA LEWIS,<br><br>                   Plaintiff,<br><br>    -against-<br><br>CHRYLSER, et al.<br><br>                   Defendants. | 23-CV-02631 (PMH) |

PHILIP M. HALPERN, United States District Judge:

    For the same reasons the Court denied Plaintiff's motions for summary judgment made on March 1, 2025, the motions filed in these actions on March 7, 2025 are likewise DENIED as procedurally improper.

    The Clerk of Court is respectfully requested to terminate the pending letter-motions (Doc. 33 in 23-cv-08089; and Doc. 93 in 23-cv-02631), to mail a copy of this Order to Plaintiff; and to docket this Order in each of the referenced cases.

SO-ORDERED:

Dated: White Plains, New York
       March 11, 2025

                                                                         Philip M. Halpern
                                                                         United States District Judge